In the Matter of the Claim of Frank C. Lissow, Respondent, against Mabbett Motors, Inc., Employer, and State Insurance Fund, Appellant.

State Industrial Board, Respondent.

Argued October 6, 1938; decided October 25, 1938.

586

*George J. Hayes* and *Patrick S. Mason* for appellant.

*Henry Redman Dutcher* and *Leonard D. Marafioti* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order of Appellate Division reversed and claim dismissed with costs against State Industrial Board on the ground there is no evidence of advance payment within the meaning of section 28 of the Workmen's Compensation Law. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.